UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JOSEPH AND IA BAIARDI, KEVIN AND :
KAREN BARRETT, IRWIN AND MARCIA :
BIRNBAUM, TERRANCE AND JANES :
BALCKBURN, DARWIN AND FELIX BRAVO, :
THOMAS AND ANNE BRESNAHAN, MARK :
AND MARILYN BUTIGIAN, TERENCE AND :
FLORENCE CAHILL, RICHARD CANNON, :
MARTIN AND KERRY ANN CHARLES, :
THOMAS AND MARILYN COADY, DONNA :
CONDINZIO, JAMES AND EILEEN CONRAD, :
BERNADETTE CONWAY, JOHN CORTESE, :
KENNETH AND KATHLEEN COURTNEY, :
MICHAEL AND DOREEN COYLE, JOHN :
CROWLEY, ROBERT AND PATRICIA :
CROWLEY, MARGARET CULIMORE, MARY :
JANE DOLAN, ROBERT AND EDITH :
DONNELLY, PAUL DOROGOFF AND :
PATRICIA KELLY DOROGOFF, ROBERT :
AND KATHLEEN DOYLE, JOSEPH AND :
MARJORIE DRENNAN, DOREEN DUFFICY, :
PETER DUGGAN AND ALANA BASMAGY- :
DUGGAN, THOMAS AND CATHERINE FARR, :
JOHN AND WENDY FERNER, ERIC FOX AND :
SUZANNE KATZ, ELLIOTT AND KAREN :
FUNTLEYDER, GREGORY GESSNER, BRIAN :
AND LORI GRACE, HELEN GRIFFITH, PAUL :
AND MARIA GRZEGORSKI, FRANK AND :
KATHLEEN HARNISHER, STEPHEN AND :
ANI JACOBSON, KATHLEEN JONES, JOHN :
KARALIS, TIMOTHY AND MICHELLE KELLY,:
JOHN KERSHAW AND SUSAN LITTLEFIELD, :
ALAN AND JOAN KRAMER, THOMAS AND :
KATHLEEN MACLELLAN, LAWRENCE :
MANDELL, YANEV MASTEY, MICHAEL AND :
MARY MATTHEWS, PATRICIA MCCARTHY, :
DAVID MCGOVERN, CHRISTOPHER :
MCKEEFREY, RICHARD AND HELEN MELE, :
JOSEPH AND DOREEN MINGINO, JOHN AND :
ANTHONY MOOENY, CAROL MORELLI, :
JAMES MORGAN, KIM MUSSMAN, JACK :
AND JANE MACMIAS, TIMOTHY AND :

```
KAREN NEVINS, ANNE O'BRIEN, RICHARD      :
AND JOSEPHINE O'CONNOR, ANN MARIE        :
O'HARA, ROBERT AND JOANNA OSTRANDER:
JAMES O'SULLIVAN, MARGARITA PEREZ,       :
MATHEW AND JOAN PICCIONE, CHRIS          :
RESTA, JOSEPH AND MARY ROBINSON,         :
ANTONIO ROMANO, DONALD RUDDEN,           :
THOMAS AND NINA RUSSO, PATRICK AND       :
DOROTHY SAMMON, DOLORES SARDO,           :
LAURENCE SCHEIBER, CARL AND ARLENE       :
SMITH, DARRIN AND NATASHA SNEED,         :
STEVEN SPYLIOPULOS, JOANNE STEINMETZ,:
EDWARD AND KATHLEEN STINES,              :
MARGARET STRASSBURG AND KATHLEEN         :
ROBERTS, JAMES AND MAUREEN SULLIVAN,:
CHRISTOPHER TZOMPANAKIS, ANTHONY         :
VERGA, EILEEN WHALEN, MARY WHELAN        :
                                         :   No.
              Plaintiffs,                :
                                         :
       vs.                               :   ORIGINAL COMPLAINT
                                         :
THE STANDARD FIRE INSURANCE COMPANY. :                        :
                                         :   Jury Trial: No
              Defendant.                 :
-----------------------------------------------------------------X
```

Plaintiffs, by their attorneys, Gauthier, Houghtaling and Williams, for their Complaint against the Defendant, Stillwater Property and Casualty Insurance Company, f/k/a Fidelity National Property and Casualty Insurance Company, allege the following upon information and belief:

## PARTIES

1. The Plaintiffs listed in the table below are individuals who reside and are domiciled in this judicial district. Their properties, located at the addresses shown below, were insured against flood damages by the Defendant.

| Name | Property Street | City | State | Zip | Insurance Policy Number |
|------|-----------------|------|-------|-----|-------------------------|

2

| Baiardi, Joseph and Ia | 9 Roosevelt Walk | Breezy Point | NY | 11697-1613 | 60-10106487-2011 |
|---|---|---|---|---|---|
| Barrett, Karen and Kevin | 182 Beach 134th St | Belle Harbor | NY | 11694-1438 | 60102313542012 |
| Birnbaum, Irwin and Marcia | 146-06 Rockaway Beach | Neponsit | NY | 11694 | 60044880672012 |
| Blackburn, Jane and Terrance | 736 West Chester Street | Long Bech | NY | 11561 | 2565859951 |
| Bravo, Darwin and Felix | 556 E. Harrison St | Long Beach | NY | 11561 | 60100002552012 |
| Bresnahan, Thomas and Anne | 25 Queens Walk | Breezy Point | NY | 11697 | 60049622282012 |
| Burchianti, William | 8 September Walk | Long Beach | NY | 11561 | 65003852472012 |
| Butigian, Mark and Marilyn | 339 Beach 145th Street, | Belle Harbor | NY | 11694-5803 | 60100374102012 |
| Cahill, Terence and Florence | 216-31 12th Avenue | Breezy Point | NY | 11697 | 60047947612012 |
| Cannon, Richard | 46 Graham Place | Breezy Point | NY | 11697 | 60101863132012 |
| Charles, Martin and Kerry Ann | 253 Beach 119th St | Rockaway Park | NY | 11694 | 60101652952012 |
| Coady, Thomas and Marilyn | 464 Seabreeze Walk | Breezy Point | NY | 11697 | 60101305472012 |
| Condinzio, Donna | 14 Quebec Road | Island Park | NY | 11558 | 60100746192012 |
| Conrad, James and Eileen | 72 Bedford Ave | Breezy Point | NY | 11697 | 87050768652012 |
| Conway, Bernadette | 55 Indiana Ave | Long Beach | NY | 11561-1225 | 60100061652012 |
| Cortese, John | 21719 Rockaway Point Blvd | Breezy Point | NY | 11697 | 60101640302012 |

| Courtney, Kenneth and Kathleen | 547 Beach 127th Street | Belle Harbor | NY | 11694 | 65010163872012 |
|---|---|---|---|---|---|
| Coyle, Michael and Doreen | 58 Graham Place | Breezy Point | NY | 11697 | 60102629342011 |
| Crowley, John | 505 Beach 136th Street | Belle Harbor | NY | 11694 | 60101061392012 |
| Crowley, Patricia and Robert | 12 Utica Walk | Breezy Point | NY | 11697 | 6501117029-2012 |
| Cullimore, Margaret | 80 Vinton Street | Long Beach | NY | 11561 | 6500841355 |
| Dolan, Mary Jane | 804 Bayside | Rockaway Point | NY | 11697 | 60102399562012 |
| Donnelly, Robert and Edith | 21616 12th Ave | Breezy Point | NY | 11697 | 65-00391864-2012 |
| Dorogoff, Paul and Dorogoff, Patricia Kelly | 59 Tioga Walk | Breezy Point | NY | 11697 | 60021559812011 |
| Doyle, Robert and Kathleen | 55 Bedford Ave. | Rockaway Point | NY | 11697 | 60011859142012 |
| Drennan, Marjorie and Joseph | 91 Ocean Ave | Rockaway Point | NY | 11697-1729 | 6002944731 |
| Dufficy, Doreen | 21 Beach 219th St | Breezy Point | NY | 11697 | 6010154581 |
| Duggan, Peter and Alana Basmagy-Duggan, | 204-09 10th Avenue | Rockaway Point | NY | 11697 | 60101603862012 |
| Farr, Thomas and Catherine | 214-215 12th Ave. | Breezy Point | NY | 11697 | 60102861372012 |
| Ferner, Wendy and John | 2653 Hewlett Ln | Bellmore | NY | 11710-4430 | 87-05029214-2012 |
| Fox, Eric and Katz, Suzanne | 95 Pennsylvania Avenue | Long Beach | NY | 11561 | 65010864892012 |
| Funtleyder, Elliot and Karen | 556 Beach 133rd St | Belle Harbor | NY | 11694-1418 | 60043633102012 |

4

| Gessner, Gregory | 73 Wisconsin Street | Long Beach | NY | 11561 | 60050095812012 |
| Grace, Brian and Lori | 482 Seabreeze Walk | Breezy Point | NY | 11697 | 60102863132011 |
| Griffith, Helen | 509 Grand Blvd. | Long Beach | NY | 11561 | 6003877393 |
| Grzegorski, Paul and Maria | 426 Beach 138th Street | Rockaway Park | NY | 11694 | 87050359002012 |
| Harnisher, Kathleen and Frank | 52 West 11th Road | Broad Channel | NY | 11693 | 6500834343 |
| Jacobson, Stephen and Ani | 221 Fairway Rd | Lido Beach | NY | 11561 | 67000131442012 |
| Jones, Kathleen | 215 Oceanside Ave | Rockaway Point | NY | 11697 | 65002608202012 |
| Karalis, John | 145 Beach 121st St | Rockaway Park | NY | 11694 | 60102960732012 |
| Kelly, Timothy and Michelle | 76 Harmon street | Long Beach | NY | 11561 | 65007243382012 |
| Kershaw, John and Littlefield, Susan | 101 Louisiana Street | Long Beach | NY | 11561 | 6010008272012 |
| Kramer, Alan and Joan | 2 Richmond Rd Apt 1P | Lido Beach | NY | 11561-4851 | 60102132492011 |
| MacLellan, Thomas and Kathleen | 13 Janet Lane | Rockaway Point | NY | 11697 | 60043115662012 |
| Mandell, Lawrence | 351 West Broadway | Long Beach | NY | 11561 | 60100324762012 |
| Mastey, Yanev | 457 Beach 145th St. | Neponsit | NY | 11694 | 60102999382012 |
| Matthews, Michael and Mary | 39 Roosevelt Walk | Breezy Point | NY | 11697 | 6010154064 |
| McCarthy, Patricia | 139 Bedford Ave. | Breezy Point | NY | 11697 | 65009189552012 |

5

| McGovern, David | 2 Beach 219th St. | Breezy Point | NY | 11697 | 87050797552012 |
|---|---|---|---|---|---|
| McKeefrey, Christopher | 37 Beach 220th St | Breezy Point | NY | 11697 | 60102635932011 |
| Mele, Richard and Helen | 137 Ocean Ave | Rockaway Point | NY | 11697 | 6001377867 |
| Mingino, Joseph and Doreen | 310 Beach 142nd St. | Neponsit | NY | 11694 | 60025675082012 |
| Mooney, Anthony and John | 18 May Walk | Long Beach | NY | 11561 | 6010182430-2012 |
| Morelli, Carol | 307 Washington Blvd. | Long Beach | NY | 11561 | 60102452802012 |
| Morgan, James | 34 Market st | Rockaway Point | NY | 11697 | 65007698612012 |
| Mussman, Kim | 77 Oregon Street | Long Beach | NY | 11561 | 60049060192012 |
| Nacmias, Jane and Jack | 3 Clinton Walk | Rockaway Point | NY | 11697 | 6500627663 |
| Nevins, Timothy and Karen | 501 Lindell Blvd | Long Beach | NY | 11561-1728 | 65002551012012 |
| O'Brien, Anne | 69 Ohio Avenue | Long Beach | NY | 11561 | 60031474822012 |
| O'Connor, Josephine and Richard | 32 Bedford Ave. | Rockaway Point | NY | 11697 | 60028649962012 |
| O'Hara, Ann Marie | 9 Thetford Lane | Rockaway Point | NY | 11697 | 60033329692012 |
| Ostrander, Robert and Joanna | 414 Beach 139th St. | Rockaway Park | NY | 11694 | 65007504402012 |
| O'Sullivan, James | 247 Beach 121st St | Rockaway Park | NY | 11694 | 60102929402012 |
| Perez, Margarita | 715 West Chester Street | Long Beach | NY | 11561 | 60050029582012 |

| | | | | | |
|---|---|---|---|---|---|
| Piccione, Joan and Mathew | 214-31 12th Avenue | Breezy Point | NY | 11697 | 60102270792011 |
| Resta, Chris | 152 Beach 130th St | Belle Harbor | NY | 11694 | 60100423412012 |
| Robinson, Joseph and Mary | 33 Lincoln Walk | Breezy Point | NY | 11697 | 60009749872012 |
| Romano, Antonio | 120 Ohio Avenue | Long Beach | NY | 11561 | 60018618522011 |
| Rudden, Donald | 454 Beach 124th Street | Rockaway Park | NY | 11694 | 60055136572012 |
| Russo, Nina and Thomas | 3328 2nd Street | Oceanside | NY | 11572 | 60102170522012 |
| Sammon, Patrick and Dorothy | 25 Thetford Lane | Rockaway Point | NY | 11697 | 60016830252012 |
| Sardo, Dolores | 37 Pennsylvania Avenue | Long Beach | NY | 11561 | 87049361402012 |
| Scheiber, Laurence | 250 Beach 126th Street | Belle Harbor | NY | 11694 | 60101193062012 |
| Smith, Arlene and Carl | 127 Reid Ave | Breezy Point | NY | 11697-1916 | 60102746702012 |
| Sneed, Darrin and Natasha | 67 Howard Ave | Freeport | NY | 11520-6216 | 60103006512012 |
| Spyliopulos, Steven | 27 Bath Walk | Breezy Point | NY | 11697-1001 | 60102076882011 |
| Steinmetz, Joanne | 438 Hillcrest Walk | Breezy Point | NY | 11697 | 60038392602011 |
| Stines, Edward and Kathleen | 2 Kildare Walk | Breezy Point | NY | 11697 | 60100398072012 |
| Strassburg, Margaret and Roberts, Kathleen | 169 Beach 114th St | Rockaway Park | NY | 11694 | 60048204432012 |
| Sullivan, James and Maureen | 143 Beach 123rd St | Rockaway Park | NY | 11694 | 60100794552012 |

| Sweeney, John and Patricia | 127 Bedford Ave | Breezy Point | NY | 11697-1805 | 6010247732-2012 |
| Tzompanakis, Christopher | 102 Nebraska Street | Long Beach | NY | 11561 | 60102518642012 |
| Verga, Anthony | 465 West Chester Street | Long Beach | NY | 11561 | 60055899622011 |
| Whalen, Eileen | 551 Beach 129th St | Rockaway Park | NY | 11694 | 65001893672012 |
| Whelan, Mary | 541 Beach 129th Street | Belle Harbor | NY | 11694 | 60100909892012 |

2.     The Standard Fire Insurance Company ("Defendant") was and is a private insurance company incorporated under the laws of the State of Connecticut with its principal place of business located at One Tower Square, Hartford, CT 06183.

3.     Defendant is a "Write Your Own" ("WYO") carrier participating in the National Flood Insurance Program pursuant to the National Flood Insurance Act ("NFIA"), as amended, 42 U.S.C. § 4001, et seq.  Defendant issued Standard Flood Insurance Policies (the "Policies") in its own name, as a fiscal agent of the United States.  Pursuant to 44 C.F.R. Section 62.23(d) and (i)(6), Defendant was and is responsible for arranging the adjustment, settlement, payment and defense of all claims arising under the Policies.

## JURISDICTION

4.     This action arises under the NFIA, Federal regulations and common law, and the flood insurance Policies that Defendant procured for and issued to each Plaintiff in its capacity as a WYO carrier under the Act.  The Policies covered losses to Plaintiffs' properties, which are all located in this judicial district.

5. Federal Courts have exclusive jurisdiction pursuant 42 U.S.C. § 4072 over all disputed claims under NFIA Policies, without regard to the amount in controversy, whether brought against the government or a WYO company.

6. This Court has original exclusive jurisdiction to hear this action pursuant to 42 U.S.C. § 4072 because the insured properties are located in this judicial district.

7. This Court also has original jurisdiction pursuant to 28 U.S.C. § 1331 because this action requires the application of federal statutes and regulations and involves substantial questions of federal law. The Plaintiffs' various actions are properly joined in this suit pursuant to Rule 20(a) of the Federal Rules of Civil Procedure because they present similar claims against a common Defendant and involve questions of fact or law that are common to all Plaintiffs.

## VENUE

8. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 and 42 U.S.C. § 4072 because it is where the Plaintiffs' properties are located and where a substantial part of the events at issue took place.

## FACTUAL BACKGROUND

9. Plaintiffs purchased Standard Flood Insurance Policies (the "Policies") from Defendant to insure their properties and contents located at the addresses shown above against physical damage by or from flood.

10. Plaintiffs paid all premiums when due and the Policies were in full force and effect on the date relevant to this suit.

11. On or about October 29, 2012, Superstorm Sandy (the "Storm") made landfall in the greater New York Metropolitan area, causing widespread devastation and severely damaging Plaintiffs' insured properties.

12. As a result of the Storm, Plaintiffs suffered losses by and from flood to their insured properties and to personal property and contents located therein. Plaintiffs have incurred and/or will incur significant expenses to repair and replace their flood-damaged properties.

13. Plaintiffs reported the damage and properly submitted their claims to Defendant. Plaintiffs duly performed and fully complied with all of the conditions of the Policies.

14. Defendant unjustifiably failed and/or refused to perform its obligations under the Policies and wrongfully denied or unfairly limited payment on the claims of each Plaintiff.

15. Plaintiffs retained independent experts to evaluate the damages to their insured properties caused by and from flood. The experts determined and found conclusive evidence that the flood event critically damaged Plaintiffs' covered properties. These damages were thoroughly documented and reports were submitted to Defendant for review. Defendant has unfairly and improperly persisted in denying the claims.

### FIRST CLAIM FOR RELIEF

*Breach of Contract*

16. Plaintiffs repeat and re-allege each and every allegation set forth above as if fully set forth herein.

17. Plaintiffs and Defendant entered into contracts when Plaintiffs purchased and Defendant issued the Policies.

18. The Policies, at all times relevant and material to this case, provided flood insurance coverage to each Plaintiff for, among other things, physical damage caused by flood to their properties and contents located at the addresses shown above.

19. Each Plaintiff fully performed under the contract by paying all premiums when due and cooperating with Defendant regarding their respective claims. Plaintiffs complied with

all conditions precedent to their recovery herein, including appropriate and adequate demands, or Defendant waived or excused such conditions precedent.

20. Defendant failed to perform and materially breached the insurance contracts when it wrongly failed to pay and refused to reimburse each Plaintiff what he or she was owed for damages the Storm caused to properties covered by the Policies. Defendant also breached the contracts by failing to perform other obligations it owed under the Policies.

21. By virtue of its various breaches of contract, including its failure to fully reimburse each Plaintiff for his or her covered losses, Defendant is liable to and owes each Plaintiff for the actual damages he or she sustained as a foreseeable and direct result of the breach, all costs associated with recovering, repairing and/or replacing the covered properties, together with interest and all other damages Plaintiffs may prove as allowed by law.

## REQUEST FOR RELIEF

**WHEREFORE**, the Plaintiffs named herein respectfully request that the Court enter judgment in their favor for such amounts as each Plaintiff may prove at trial, for reasonable attorneys' fees and costs, expenses, pre-judgment and post-judgment interest as provided by law, and other and further relief the Court may deem just and proper.

Respectfully submitted,

**Gauthier Houghtaling and Williams**

By: _____
Sean Greenwood
SG 3836
52 Duane Street
New York, NY 10007
Telephone: (646) 461-9197
Facsimile: (713) 630-8074

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
JOSEPH AND IA BAIARDI, KEVIN AND         :
KAREN BARRETT, IRWIN AND MARCIA          :
BIRNBAUM, TERRANCE AND JANES             :
BALCKBURN, DARWIN AND FELIX BRAVO,       :
THOMAS AND ANNE BRESNAHAN, MARK          :
AND MARILYN BUTIGIAN, TERENCE AND        :
FLORENCE CAHILL, RICHARD CANNON,         :
MARTIN AND KERRY ANN CHARLES,            :
THOMAS AND MARILYN COADY, DONNA          :
CONDINZIO, JAMES AND EILEEN CONRAD,      :
BERNADETTE CONWAY, JOHN CORTESE,         :
KENNETH AND KATHLEEN COURTNEY,           :
MICHAEL AND DOREEN COYLE, JOHN           :
CROWLEY, ROBERT AND PATRICIA             :
CROWLEY, MARGARET CULIMORE, MARY         :
JANE DOLAN, ROBERT AND EDITH             :
DONNELLY, PAUL DOROGOFF AND              :
PATRICIA KELLY DOROGOFF, ROBERT          :
AND KATHLEEN DOYLE, JOSEPH AND           :
MARJORIE DRENNAN, DOREEN DUFFICY,        :
PETER DUGGAN AND ALANA BASMAGY-          :
DUGGAN, THOMAS AND CATHERINE FARR,       :
JOHN AND WENDY FERNER, ERIC FOX AND      :
SUZANNE KATZ, ELLIOTT AND KAREN          :
FUNTLEYDER, GREGORY GESSNER, BRIAN       :
AND LORI GRACE, HELEN GRIFFITH, PAUL     :
AND MARIA GRZEGORSKI,  FRANK AND         :
KATHLEEN HARNISHER, STEPHEN AND          :
ANI JACOBSON, KATHLEEN JONES, JOHN       :
KARALIS, TIMOTHY AND MICHELLE KELLY,     :
JOHN KERSHAW AND SUSAN LITTLEFIELD,      :
ALAN AND JOAN KRAMER, THOMAS AND         :
KATHLEEN MACLELLAN, LAWRENCE             :
MANDELL, YANEV MASTEY, MICHAEL AND       :
MARY MATTHEWS, PATRICIA MCCARTHY,        :
DAVID MCGOVERN, CHRISTOPHER              :
MCKEEFREY, RICHARD AND HELEN MELE,       :
JOSEPH AND DOREEN MINGINO, JOHN AND      :
ANTHONY MOOENY, CAROL MORELLI,           :
JAMES MORGAN, KIM MUSSMAN, JACK          :
AND JANE MACMIAS, TIMOTHY AND            :

| | |
|---|---|
| KAREN NEVINS, ANNE O'BRIEN, RICHARD AND JOSEPHINE O'CONNOR, ANN MARIE O'HARA, ROBERT AND JOANNA OSTRANDER, JAMES O'SULLIVAN, MARGARITA PEREZ, MATHEW AND JOAN PICCIONE, CHRIS RESTA, JOSEPH AND MARY ROBINSON, ANTONIO ROMANO, DONALD RUDDEN, THOMAS AND NINA RUSSO, PATRICK AND DOROTHY SAMMON, DOLORES SARDO, LAURENCE SCHEIBER, CARL AND ARLENE SMITH, DARRIN AND NATASHA SNEED, STEVEN SPYLIOPULOS, JOANNE STEINMETZ, EDWARD AND KATHLEEN STINES, MARGARET STRASSBURG AND KATHLEEN ROBERTS, JAMES AND MAUREEN SULLIVAN, CHRISTOPHER TZOMPANAKIS, ANTHONY VERGA, EILEEN WHALEN, MARY WHELAN : : : : : : : : : : : : : : : : : : : : : :  |  |
|      Plaintiffs,      :| No. |
| vs.      : | RULE 7.1(a) STATEMENT |
| THE STANDARD FIRE INSURANCE COMPANY. : | |
|      Defendant.      : | |
------------------------------------------------------------X

PURSUANT to Rule 7.1(a) (Formerly Local Civil Rule 1.9) of the Federal Rules Civil Procedure, in order to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs, a non-governmental party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held: NONE.

Dated:  New York, New York
        October 28, 2013

13

Respectfully submitted,

**Gauthier Houghtaling and Williams**

By: _____
    Sean Greenwood
    SG 3836
    52 Duane Street, Fl 7
    New York, NY 10007
    Telephone: (646) 461-9197
    Facsimile: (713) 630-8074

Attorneys for Plaintiffs